DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WELLNESS REHAB OF SOUTH FLORIDA INC.** a/a/o
**RENALDO GOMES,**
Appellant,

v.

**INFINITY INDEMNITY INSURANCE COMPANY,**
Appellee.

No. 4D22-1196

[June 1, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey A. Cawthon, Judge; L.T. Case No. COSO20-010196.

Robert Morris of Eiffert & Associates, P.A., Orlando, for appellant.

Gladys Perez Villanueva, Miami Springs, and Leslie M. Goodman of Law Offices of Leslie M. Goodman & Associates, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***